**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| GLORIA GRAY, | : |
| Plaintiff, | : |
| v. | : Case No. 5:09-CV-69 (HL) |
| COLISEUM MEDICAL CENTER, | : |
| Defendant. | : |

## ORDER

This matter comes before the Court on the Motion to Withdraw (Doc. 15) filed by counsel for Plaintiff, and the Consent to Withdrawal of Counsel (Doc. 16) filed by Plaintiff. This Court approved the withdrawal of counsel for the Plaintiff in a text order entered on November 24, 2009. These documents also requested that this Court stay all discovery in this case for 60 days in order to allow Plaintiff adequate time to retain other counsel. For good cause shown, this Court grants the request for a sixty day stay, effective on the date of entry of the text order, November 24, 2009.

**SO ORDERED**, this the 2nd day of December, 2009.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch